UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>PETER DAVIS, *et al.*,<br><br>    Defendants. | Case No. 12-cr-00119-SI-1<br><br>**ORDER TO PRO TEM REPORTER TO PRODUCE TRANSCRIPT**<br><br>Re: Dkt. No. 1387 |

On January 29, 2013, defendant Peter Davis was sentenced. Defendant has requested a copy of the sentencing transcript in order to prepare a motion to vacate or set aside the judgment pursuant to 28 U.S.C. § 2255. Production of a transcript of the hearing is necessary for the resolution of the motion that defendant intends to file.

Accordingly, pro tem court reporter Eric Throne is directed to prepare the transcript of this proceeding on the following basis:

(X) Ordinary (within 30 days @ $3.65 per page).

( ) 14-Day (within 14 days @ $4.25 per page).

( ) Expedited (within 7 days @ $4.85 per page).

( ) Daily (overnight @ $6.05 per page).

Therefore, the Clerk is directed to pay said reporter the cost of preparing the transcript at the rate indicated above, and in accordance with the requirements of the Judicial Conference of the United States, as set forth in the Guide to Judiciary Policies and Procedures.

**IT IS SO ORDERED.**

Dated: March 13, 2015

                                              SUSAN ILLSTON
                                              United States District Judge