UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, v. PETER DAVIS, Defendant. | Case No. 12-cr-00119-SI-1 Case No. 16-cv-02524-SI **JUDGMENT** |
|---|---|

The Court has denied defendant Peter Davis's motion to vacate, set aside or correct his sentence under 28 U.S.C. § 2255. Judgment is hereby entered in favor of plaintiff and against defendant.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: November 2, 2016

SUSAN ILLSTON
United States District Judge